IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
At Beckley



FILED
JUL 22 2005
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

UNITED STATES FIDELITY
& GUARANTY COMPANY,

           Plaintiff

v.                                            CIVIL ACTION NO: 5:03-0702

CHARLIE SANDERS,
LORETTA BAILEY, Administratrix of
The ESTATE OF SHAWN KEITH
BAILEY, DARREN C. LUSK, D/B/A BIG
CHIG, INC., BLUESTONE COAL COMPANY,
LOGAN & KANAWHA COAL CO., INC.,
KAT TRUCKING COMPANY, and
RONNIE JOE LUSK,

           Defendants.

## BLUESTONE'S MOTION FOR SUMMARY JUDGMENT

      Bluestone Coal Company ("Bluestone"), by counsel, George J. Joseph, Christopher R. Arthur, and the law firm of Bailey & Wyant, P.L.L.C., hereby requests that this Honorable Court enter summary judgment in favor of Bluestone and against United States Fidelity and Guaranty Company ("USF&G") in this matter. In support of this motion, Bluestone states as follows:

      1.     USF&G issued Commercial Auto policy PD85P00168 to Darren C. Lusk d/b/a Big Chig, Inc., Big Chig Trucking and J&H Trucking for the period November 30, 2001 to November 30, 2002. This policy provides coverage for non-owned autos.

      2.     Defendant Darren Lusk ("Lusk") entered into a verbal agreement with Bluestone to haul coal from certain Bluestone sites. As part of that verbal agreement, Lusk was required to add Bluestone as an additional insured, and USF&G's authorized insurance agent issued a Certificate of Insurance listing Bluestone as an additional insured on the Big Chig policy.

3. Defendant Big Chig, Inc. ("Big Chig") then entered into a subcontract with Defendant KAT Trucking Company ("KAT Trucking") to haul coal from the Bluestone site. None of these subcontractors, including KAT Trucking, had a contract or agreement with Bluestone. On April 15, 2002, a KAT Trucking employee, while driving a truck owned by KAT Trucking and while hauling coal from the Bluestone site, was involved in an accident with a pick-up truck driven by Shawn Bailey. Mr. Bailey was killed and his passenger, Charlie Sanders, was seriously injured.

4. Mr. Bailey's estate and Mr. Sanders filed suit against Bluestone, Big Chig and certain other defendants. Big Chig tendered defense of this claim to USF&G. USF&G denied coverage and initiated this declaratory judgment action.

5. The undisputed facts establish that USF&G is estopped from denying that Bluestone is an additional insured under the commercial auto policy issued to Big Chig.

6. The undisputed facts further establish that the KAT Trucking truck involved in the accident was a covered non-owned auto under the Big Chig commercial auto policy.

For these reasons, and the reasons set forth in Bluestone's memorandum in support of this motion, Bluestone requests that this Honorable Court enter summary judgment against USF&G and in favor of Bluestone holding that USF&G has a duty to defend and indemnify Big Chig and Bluestone in connection with Bailey and Sanders' claims.

Respectfully submitted this ____ day of July 2005.

                **BLUESTONE COAL COMPANY**
                *By Counsel*

_____
George J. Joseph, Esquire (WV Bar No. 4967)
Christopher R. Arthur, Esquire (WV Bar No. 9192)
BAILEY & WYANT, P.L.L.C.
500 Virginia Street, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
(304) 345-4222

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
At Beckley

**UNITED STATES FIDELITY
& GUARANTY COMPANY,**

    **Plaintiff,**

v.                                                           **CIVIL ACTION NO. 5:03-0702**

**CHARLIE SANDERS, LORETTA BAILEY,
Administratrix of the ESTATE OF SHAWN
KEITH BAILEY, DARREN C. LUSK, D/B/A
BIG CHIG, INC., BLUESTONE COAL
COMPANY, LOGAN & KANAWHA COAL
CO., INC., KAT TRUCKING COMPANY, and
RONNIE JOE LUSK,**

    **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant Bluestone Coal Corporation does hereby certify that the foregoing **Bluestone Coal Company's Motion for Summary Judgment and Memorandum in Support of its Motion for Summary Judgment** has been served upon the following counsel of record by this day mailing true copies thereof:

Joanna I. Tabit, Esquire
Jennifer R. Anderson, Esquire
STEPTOE & JOHNSON, PLLC
Bank One Center, Seventh Floor
Post Office Box 1588
Charleston, West Virginia 25326-1588
*Counsel for the Plaintiff*

William Flanigan, Esquire
Lane O. Austin, Esquire
SANDERS, AUSTIN, PURDICH AND FLANIGAN
320 Courthouse Road
Princeton, West Virginia 24740
*Counsel for Charlie Sanders, and Loretta
Bailey, Administratrix of the Estate of Shawn
Keith Bailey*

J. Victor Flanagan, Esquire
Keith C. Gamble, Esquire
PULLIN, FOWLER & FLANAGAN, PLLC
James Mark Building
901 Quarrier Street
Charleston, West Virginia 25301
*Counsel for Big Chig, Inc.,
d/b/a Big Chig Trucking Company*

Mr. Ronnie Joe Lusk
Post Office Box 1236
Oceana, West Virginia 24870

C. William Davis, Esquire
RICHARDSON & DAVIS, PLLC
Post Office Box 1778
Bluefield, West Virginia 24701
*Counsel for Logan & Kanawha Coal Co., Inc.*

Dated this 22ND day of July, 2005.

                                              **BLUESTONE COAL CORPORATION**
                                              By counsel

*/s/ George J. Joseph, with permission*
George J. Joseph, Esquire (WV Bar No. 4967)
Christopher R. Arthur, Esquire (WV Bar No. 9192)
**BAILEY & WYANT, P.L.L.C.**
500 Virginia Street East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
(304) 345-4222